UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALI ALTAYE, AS DULY APPOINTED PERSONAL REPRESENTATIVE OF THE ESTATE OF SANAN ALTAYE, DECEASED,

    Plaintiff,                                            Case#5:17-cv-6929

Vs.                                                                          Hon: Nathanael M. Cousins

DORA PENSAMIENTO, CARLOS MARROQUIN, D/B/A BROTHER'S TIRES & BRAKES MOBILE SERVICE AND BROTHER'S TRUCK AND TRAILER REPAIR, Jointly and Severally,

   Defendants.
_____/

**<u>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

                                        At a session of said court in the State of California, on: _____.

                                        Present Honorable:_____.

This order having come before the court by stipulation of the Plaintiff through counsel, and the court being fully informed in the premises:

**IT IS HEREBY ORDERED** that the above caption be and hereby is dismissed without prejudice and without costs to any party. This is a final order and closes the case.

_____
UNITED STATES DISTRICT JUDGE

[GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

1

The undersigned stipulate to entry of the above order:

| | |
|---|---|
| THE JOSEPH DEDVUKAJ FIRM, P.C. | /s/ ANDREW K. QUAN (312966) |
| BY: /s/ JOSEPH DEDVUKAJ (P51335)<br>Attorney for Plaintiff, Pro Hac Vice<br>1277 West Square Lake Road<br>Bloomfield Hills, Michigan 48302<br>Phone#(248) 352-2110<br>Fax#(248) 352-0880<br>Email: jdlawfirm@aol.com | Law Offices of Andrew Quan<br>Co-Counsel for Plaintiff<br>1111 Broadway, Third Floor<br>Oakland CA 94607<br>Tel:510-394-2466<br>Fax:510-987-8411<br>akquanlaw@gmail.com |